[No. 6152–0–II.   Division Two.   September 12, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. HOWARD
EUGENE FOREN, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific
County, No. C–2068, Herbert E. Wieland, J., entered
December 13, 1978. *Remanded* by unpublished opinion per

Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.